JS 44 (Rev. 04/21) FLSD Revised 06/01/2023

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.

FILED BY ___ D.C.
APR 06 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

**I(a). PLAINTIFFS:**

Charles Jacob Stratmann, individually
850 NE 3rd Street, Suite 208, Dania Beach, FL 33004

**I(b). County of Residence of First Listed Plaintiff:**

Broward County, Florida

**I(c). Attorneys (Firm Name, Address, Telephone Number):**

PRO SE — No attorney. Plaintiff appearing pro se pursuant to 28 U.S.C. § 1654.

**DEFENDANTS:**

MADISON INDUSTRIES, INC., a Delaware corporation;
SEAKEEPER, INC., a Delaware corporation; and
JOHN DOES 1–10, unknown co-conspirators

**County of Residence of First Listed Defendant:**

Cook County, Illinois (Madison Industries, Inc.)

**Attorneys (If Known):**

Unknown at filing.

**II. BASIS OF JURISDICTION:**

[X] 3. Federal Question (U.S. Government Not a Party)
18 U.S.C. §§ 1961–1964 (RICO); 18 U.S.C. § 1836 (DTSA); 28 U.S.C. § 1331

**III. CITIZENSHIP OF PRINCIPAL PARTIES (Federal Question — complete for diversity reference):**

Plaintiff: Individual citizen of Florida
Defendant Madison Industries: Delaware corporation; principal place of business Illinois
Defendant Seakeeper: Delaware corporation; principal place of business Maryland

**IV. NATURE OF SUIT:**

[X] 470 — Racketeer Influenced and Corrupt Organizations (RICO)
[X] 830 — Patent / Trade Secret (Defend Trade Secrets Act)
[X] 380 — Other Personal Property Damage

**V. ORIGIN:**

[X] 1. Original Proceeding

**VI. CAUSE OF ACTION:**

18 U.S.C. §§ 1961–1964 RICO; 18 U.S.C. § 1836 Defend Trade Secrets Act; Tortious Interference; Unjust Enrichment; FL Stat. § 501.201 FDUTPA.

Brief description: Enterprise scheme to misappropriate marine stabilization methodology, manufacture dealer sales decline, terminate dealership, and capture market.

**VII. REQUESTED IN COMPLAINT:**

Class Action: [ ] No
DEMAND: $33,500,000 compensatory (treble $100,500,000 under RICO / DTSA)
JURY DEMAND: [X] YES

**VIII. RELATED CASES:**

None known at filing.

**DATE: March 31, 2026**

SIGNATURE OF PRO SE PLAINTIFF:

______________________________

Charles Jacob Stratmann, Pro Se

850 NE 3rd Street, Suite 208, Dania Beach, FL 33004

Email: jake@starboardyacht.com

⚠ *DATA REFERENCE: Transfer these values to the official FLSD JS 44 fillable PDF from flsd.uscourts.gov before submitting to the clerk. This document captures all correct pre-filled values.*