# SKR -- SDFL OSC RESPONSE (CORRECTED) -- FILING PACKAGE INDEX

**Filing Date:** May 5, 2026

**Case:** *Stratmann v. Madison Industries Inc. et al.*

**Court:** United States District Court, Southern District of Florida -- Fort Lauderdale Division

**Case No.:** 0:26-cv-61001-JMS

**Magistrate Judge:** Magistrate Judge Jared M. Strauss

**Filer:** Charles Jacob Stratmann, *pro se*

**OSC Return Date:** May 11, 2026

**Status:** Court-ready package; supersedes the May 4, 2026 submission entered on the docket May 5, 2026 as DE 9 (Motion for Reconsideration of DE 7) and DE 10 (Response to OSC re DE 8), to the extent inconsistent.

## Package Contents

| # | Filename | Title | Pages |
|---|---|---|---|
| 00 | `00_PACKAGE_INDEX.md` | This index | 4 |
| 01 | `01_CORRECTED_OSC_RESPONSE.md` | Plaintiff's Corrected Combined Response to Order to Show Cause (DE 8), Notice of Non-Consent to Magistrate-Judge Jurisdiction, Motion for Reassignment to a District | 8 |

| # | Filename | Title | Pages |
|---|---|---|---|
| | | Judge, and Motion to Reconsider Denial of IFP (DE 7) on Ground of Inability to Pay | |
| 02 | 02_DECLARATION_STRATMANN_CASCADING_COLLAPSE.md | Declaration of Charles Jacob Stratmann in Support of Inability to Pay (Cascading Collapse) and in Support of Motion to Reconsider Denial of IFP (DE 7) | 8 |
| 03 | 03_PROPOSED_ORDER.md | [Proposed] Order Discharging OSC, Reassigning to District Judge, and Granting Reconsideration of IFP | 2 |
| 04 | 04_NOTICE_OF_ERRATA_SUPERSESSION.md | Notice of Errata and Supersession of May 4, 2026 Submission | 3 |

**Total package length:** 25 pages across 5 documents (Package 1 of 1).

PDF mirrors are written to `PDF/` by `05_SCRIPTS/md_pdf_mirror_watcher.py --once`.

## Filing Posture

- **Filer:** Charles Jacob Stratmann, pro se, 545 NE 17th Avenue, Fort Lauderdale, FL 33301; (954) 495-4710; jake@starboardyacht.com / legal@starboardyacht.com.
- **Method:** CM/ECF (pro se electronic, where authorized) or paper at the Clerk's intake counter, Fort Lauderdale Division. Service: CM/ECF on all parties of record (none have appeared); USPS / e-mail fallback to the extent any party is not registered for CM/ECF.
- **Fee posture:** No fee tendered with this filing. Reconsideration of IFP (DE 7) is requested. Installment-payment alternative requested under Section V.E. of File 01.
- **Timeliness:** Filed within the 14-day return window set by DE 8 (return date May 11, 2026).

## Authority Snapshot

- 28 U.S.C. Sec. 636(c) -- voluntary consent to magistrate-judge jurisdiction; non-consent preserved.
- 28 U.S.C. Sec. 1915 -- *in forma pauperis* (filing fee waiver).
- *Adkins v. E.I. du Pont de Nemours & Co.*, 335 U.S. 331 (1948) -- "necessities of life" standard.
- *Martinez v. Kristi Kleaners, Inc.*, 364 F.3d 1305 (11th Cir. 2004) -- Eleventh Circuit IFP standard.
- *Neitzke v. Williams*, 490 U.S. 319 (1989); *Denton v. Hernandez*, 504 U.S. 25 (1992).
- 11 U.S.C. Sec. 362(a)(1) -- automatic stay (bankruptcy-backstop disclosure context).

## Cross-References (Related Federal Cluster)

- *Stratmann v. Ivankovich, et al.*, 0:26-cv-61150-PAB (S.D. Fla.) -- federal RICO companion.
- *Seakeeper, Inc. v. Starboard Yacht Group, LLC*, 1:26-cv-01332-MJM (D. Md.) -- TRO/PI hearing May 11, 2026.

- *Contessa Marine Recovery v. Starboard Yacht Group, LLC*, 0:23-cv-61696-AHS (S.D. Fla., Hon. Raag Singhal) -- bench trial Feb. 23, 2026.
- 0:26-cv-61090-WPD (S.D. Fla.) -- companion docket.

## QC

- Caption / case number / judge name: verified against `LEGAL_GLOSSARY.json` SKR record.
- ASCII fallback substitutions: `Sec.` for section sign, `--` for em-dash, <= for "less than or equal to" -- applied throughout for cross-render safety.
- Internal-notes / working-state / source-data footers: stripped from court-facing files (per `.github/instructions/document-drafting-output-separation.instructions.md`).
- Filing Preflight QC: `uv run python -X utf8 05_SCRIPTS/filing_preflight_qc.py 03_FILINGS/SKR_SDFL_OSC_RESPONSE_CORRECTED_20260505` -- to be run after .md to PDF render and before clerk submission.