**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 0:26-cv-61001-EA**

**Charles Jacob Stratmann,**

     Plaintiff,

v.

**Madison Industries, Inc., et al.,**

     Defendants.

_____/

## ORDER REFERRING CERTAIN MATTERS TO THE MAGISTRATE JUDGE

This cause comes before the Court upon sua sponte review of the record. It is **ORDERED**

**AND ADJUDGED** that the Motion for Reconsideration [ECF No. 9] is hereby **REFERRED** for

disposition to United States Magistrate Judge Jared M. Strauss.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 12th day of May

2026.

_Ed Artau_
_____
ED ARTAU
UNITED STATES DISTRICT JUDGE

Copies Served:

**Charles Jacob Stratmann**
850 NE 3rd Street
Suite 208
Dania Beach, FL 33004
PRO SE