UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-CV-61001-ARTAU/STRAUSS

CHARLES JACOB STRATMANN,

      Plaintiff,

v.

MADISON INDUSTRIES, INC. et al.,

      Defendants.

_____/

## ORDER DENYING MOTION FOR RECONSIDERATION AND REQUIRING COMPLIANCE WITH COURT ORDER

**THIS MATTER** comes before the Court upon Plaintiff's Motion to Reconsider Denial of In Forma Pauperis Status on Ground of Inability to Pay [DE 13/14] (the "Motion"). District Judge Ed Artau has referred the disposition of the Motion to me.[1] *See* [DE 17] at 1. After reviewing the Motion and the other pertinent portions of the record, the Motion is **DENIED**. Plaintiff shall comply with the Order Denying Motions for Leave to Proceed In Forma Pauperis [DE 7] by *either* (1) filing a renewed motion to proceed *in forma pauperis* (which includes more detail and is signed under penalty of perjury) *or* (2) paying the filing fee.

The Motion asks the Court to reconsider its prior order denying Plaintiff's initial motion to proceed *in forma pauperis*. [DE 13/14] at 3-8. It also attempts to provide more information to support why Plaintiff cannot pay the filing fee and pay for the necessities of himself and his

---

[1] District Judge Ed Artau technically referred the initial motion for reconsideration to me for disposition, *see* [DE 17] (referring [DE 9]), but the undersigned considers Plaintiff's later filing because Plaintiff states that "[t]his corrected filing supersedes Plaintiff's prior combined submission . . . entered on the docket . . . as DE 9 . . . to the extent inconsistent . . . ." [DE 13/14] at 1. Accordingly, I will deny the prior motion for reconsideration as moot.

dependents. *See id.* Plaintiff insists that he cannot pay the filing fee and that the "enterprise" alleged in the complaint is partly or fully to blame. *See id.* at 5-6.

However, Plaintiff misunderstands my prior order denying Plaintiff's motion to proceed *in forma pauperis*. My prior order denied Plaintiff's motion to proceed *in forma pauperis* in this case because it "fail[ed] to provide sufficient information to show that Plaintiff qualifies for *in forma pauperis* status." [DE 7] at 2. The Court did not decide that Plaintiff cannot proceed *in forma pauperis*—only that it lacked the information to assess whether Plaintiff could. *See id.* Indeed, my prior order explained that "[i]f Plaintiff wants the Court to further consider granting him the privilege of proceeding *in forma pauperis*, he needs to provide a far more detailed picture of his financial condition." *Id.* The order thus directed Plaintiff to either "pay the filing fee of $405 . . . or file [a] renewed motion[] (typewritten if possible) with significantly more detail regarding Plaintiff's income, expenses, assets, and liabilities." *Id.*

Although Plaintiff attempts to provide more information in the Motion, it is unclear whether what Plaintiff provides is sworn and averred under penalty of perjury. The Motion seemingly lacks a declaration under penalty of perjury for information related to Plaintiff's current financial state. *See* [DE 13/14] at 1-8. And any references back to Plaintiff's prior motion for reconsideration are also problematic because that filing is equally unclear as to whether what Plaintiff provides is sworn and averred under penalty of perjury. *Compare* [DE 9] at 15, 21 (including declaration under penalty of perjury that is *unsigned* by Plaintiff), *with id.* at 27 (declaring under penalty of perjury that "the foregoing is true and correct"). Because the declarations appear to be incomplete, I will not construe the Motion as a renewed motion to proceed *in forma pauperis*. Instead, Plaintiff shall comply with the Order Denying Motions for Leave to Proceed In Forma Pauperis [DE 7] by *either* (1) filing a renewed motion to proceed *in*

*forma pauperis* (which includes more detail and is signed under penalty of perjury) *or* (2) paying the filing fee.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1.      The Motion [DE 13/14] is **DENIED**.

2.      Plaintiff's Motion for Reconsideration [DE 9] is **DENIED AS MOOT**.

3.      No later than **July 1, 2026**, Plaintiff shall comply with the Order Denying Motions for Leave to Proceed In Forma Pauperis [DE 7] by *either* (1) filing a renewed motion to proceed *in forma pauperis* (which includes more detail and is signed under penalty of perjury) *or* (2) paying the filing fee.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 24th day of June 2026.

Jared M. Strauss
**United States Magistrate Judge**

3