**DECLARATION OF CHARLES JACOB STRATMANN IN SUPPORT OF APPLICATION FOR CLERK'S ENTRY OF DEFAULT (28 U.S.C. § 1746)**

I, Charles Jacob Stratmann, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am the Plaintiff in this action, proceeding pro se. I have personal knowledge of the facts stated herein.

2. I filed the Complaint on April 6, 2026. [DE 1] The Clerk issued summonses for both Defendants on July 1, 2026. [DE 21] The Court extended the service deadline to August 23, 2026. [DE 22]

3. On July 10, 2026, I transmitted to defense counsel a final and operative request for waiver of service of summons pursuant to Rule 4(d), accompanied by the clerk-issued summons, the complaint, the Notice of a Lawsuit (AO 398), and the Waiver of the Service of Summons form (AO 399), for each Defendant.

4. On July 10, 2026, Elizabeth A. Wurm of Faegre Drinker Biddle & Reath LLP transmitted executed AO 399 waivers on behalf of both Defendants and stated that Defendants "will agree to waive service as if the requests to waive service were properly sent as of today," with a responsive pleading due sixty days from that date. A true and correct copy of that email is attached as Exhibit C.

5. I filed the executed waivers with the Court on September 17, 2026. They appear at D.E. 23 (Madison Industries, Inc.) and D.E. 24 (Seakeeper, Inc.). True and correct copies are attached as Exhibits A and B. Each records the waiver request as sent July 10, 2026, and the response/answer deadline as September 8, 2026.

6. Neither Defendant has served or filed an answer, motion, notice of appearance, or any response to the Complaint as of September 22, 2026.

7. A true and correct copy of the current docket sheet is attached as Exhibit D.

8. On September 22, 2026, Anthony Jankoski of Faegre Drinker Biddle & Reath LLP telephoned me and stated that Defendants intend to file a motion to quash the summons

today, based on my statement in a prior call that I was uncertain whether I would accept the executed waivers. I did accept them: I filed them with this Court on September 17, 2026, and under Rule 4(d)(4) the action proceeds as if service were completed at that filing. As of the time of this declaration, no such motion appears on the docket, and no attorney has filed a notice of appearance for either Defendant in this action. (See D.E. 25.)

Executed on September 22, 2026.

/s/ Charles Jacob Stratmann
CHARLES JACOB STRATMANN