**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

| | |
|---|---|
| CHARLES JACOB STRATMANN,<br><br>Plaintiff,<br>v.<br>MADISON INDUSTRIES, INC., and<br>SEAKEEPER, INC., Defendants. | CASE NO. 0:26-cv-61001-EA<br><br>Judge Ed Artau<br>Magistrate Judge Jared M. Strauss |

**CLERK'S ENTRY OF DEFAULT**

Upon consideration of Plaintiff's Application for Clerk's Entry of Default and the supporting Declaration of Charles Jacob Stratmann, it appearing that Defendants Madison Industries, Inc. and Seakeeper, Inc. were duly served by waiver of service of summons under Federal Rule of Civil Procedure 4(d) (D.E. 23, 24), that each Defendant's responsive pleading was due September 8, 2026, and that each Defendant has failed to plead or otherwise defend this action as required by the Federal Rules of Civil Procedure;

IT IS HEREBY ORDERED that the Clerk of Court enters default against Defendant MADISON INDUSTRIES, INC. and Defendant SEAKEEPER, INC. as to Plaintiff's Complaint (D.E. 1).

ENTERED on the docket this 22 day of Sep, 2026.

**CLERK OF COURT**
By: ______________________________
Deputy Clerk

**CERTIFICATE OF SERVICE**

I certify that on September 22, 2026, a true and correct copy of the foregoing was served by email upon counsel for Defendants: Elizabeth A. Wurm (elizabeth.wurm@faegredrinker.com), Traci T. McKee (traci.mckee@faegredrinker.com), and Anthony Jankoski (anthony.jankoski@faegredrinker.com), Faegre Drinker Biddle & Reath LLP.

/s/ Charles Jacob Stratmann
CHARLES JACOB STRATMANN